# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 11-7126**

**September Term, 2012**

FILED ON: JULY 12, 2013

LEOLA SMITH,
                    APPELLANT

DION FRANKLIN,
                    APPELLEE

v.

CATHY L. LANIER, CHIEF, METROPOLITAN POLICE DEPARTMENT - IN HER PERSONAL AND OFFICIAL CAPACITIES, ET AL.,
                    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:08-cv-00808)

Before: ROGERS and TATEL, *Circuit Judges*, and SENTELLE, *Senior Circuit Judge*

# UNDER SEAL OPINION-
# NOT ACCESSIBLE FOR PUBLIC